MICHAEL J. SULLIVAN (SBN 264695)
LAW OFFICE OF MICHAEL J. SULLIVAN
111 N. Market St., Suite 300
San Jose, CA 95113
Telephone: (408) 628-8882
Facsimile: (408) 625-1148
E-mail: msullivan@mikesullivanlaw.com

Attorney for Plaintiff
RESOURCE INTL, INC. D/B/A MISHIMOTO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RESOURCE INTL, INC. D/B/A MISHIMOTO, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALRADCO, LLC, a California limited liability company,<br><br>Defendant. | CASE NO.<br><br>**COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NO. D717,702** |

Resource Intl, Inc. d/b/a Mishimoto, by its attorney, for its Complaint, alleges as follows:

**JURISDICTION**

1. This is an action for patent infringement arising under the laws of the United States, 35 U.S.C. § 1, *et seq.* Jurisdiction in this district is proper pursuant to 28 U.S.C. § 1338(a).

**VENUE**

2. Venue in this judicial district is proper pursuant to 28 U.S.C. §§ 1391 and 1400(b), because upon information and belief, Defendant does business in this judicial district.

**PARTIES**

3. Plaintiff Resource Intl, Inc. d/b/a Mishimoto ("Mishimoto") is a Delaware corporation with its principal place of business at 18 Boulden Road, Suite 14, New Castle, Delaware 19720.

4. Upon information and belief, Defendant Alradco, LLC ("Alradco") is a California limited liability company with its principal place of business at 5433 Clayton Road, Suite K-205, Clayton, California 94517.

**BACKGROUND**

5. On Issue Date November 18, 2014, United States Patent No. D717,702 ("the 'D702 patent") entitled "Automotive Radiator" was duly and legally issued to named inventors Kevin McCardle and Daniel Tafe, with an assignment recorded to Resource Intl, Inc., which still owns the rights, title, and interest to the 'D702 patent. A copy of the 'D702 patent is attached as Plaintiff's Exhibit 1.

**CLAIM FOR RELIEF OF INFRINGEMENT**

6. Upon information and belief, Alradco makes, uses, sells, and/or offers to sell radiators for use in the automotive industry. A copy of a webpage from Alradco's website offering to sell a "2008 - 2010 Ford 6.4 Powerstroke Aluminum Radiator" (the "Powerstroke radiator") is attached as Plaintiff's Exhibit 2. Alradco's Powerstroke radiator falls within the scope of the claim of the 'D702 patent. Upon information and belief, the accused Powerstroke radiator is sold to distributors, retailers and/or customers who resell and/or use the Powerstroke radiator throughout the United States, including in the State of California, including in this judicial district.

7. Alradco's acts in making, using, offering to sell, and/or selling, within the State of California and elsewhere in the United States the above-referenced Powerstroke radiator

infringes, induces others to infringe, and/or contributorily infringes the claim of the 'D702 patent under 35 U.S.C. § 271 without authority to do so.

8. Upon information and belief, Alradco's infringement of the 'D702 patent has been willful, deliberate and in conscious disregard of Plaintiff's rights. By designing, making, marketing, and selling Alradco's Powerstroke radiator, Alradco presumptively knew or should have known that Mishimoto has a patent covering such Powerstroke radiator.

9. Mishimoto has suffered damages, including loss of sales and profits, as a result of Alradco's infringing activities, and is entitled to compensation pursuant to 35 U.S.C. §§ 284 and 289.

10. As a result of Alradco's infringing activities, Mishimoto has suffered and will continue to suffer irreparable injury, unless Alradco is permanently enjoined by this Court pursuant to 35 U.S.C. § 283.

11. This case is exceptional and, therefore, Mishimoto is entitled to an award of its expenses, costs, and attorneys' fees in accordance with 35 U.S.C. § 285 and Rule 54(d) of the Federal Rules of Civil Procedure.

## DEMAND FOR JUDGMENT

**WHEREFORE,** Mishimoto requests the following relief:

1. A judgment that Defendant's making, using, offering to sell, and/or selling, within the State of California and elsewhere in the United States Defendant's Powerstroke radiator infringes, actively induces others to infringe, and/or contributorily infringes Mishimoto's 'D702 patent;

2. A judgment permanently enjoining Defendant's infringing activities pursuant to 35 U.S.C. § 283;

3. A judgment awarding Mishimoto the damages to which it is entitled for Defendant's willful acts of infringement complained of herein, including the greater of Defendant's total profits from the infringement pursuant to 35 U.S.C. § 289 or the trebling of the damages award pursuant to 35 U.S.C. § 284, together with pre-judgment and post-judgment interest;

4. An accounting of Defendant's profits;

5. Reasonable funds for future corrective advertising;

6. A judgment declaring that this case is exceptional and awarding Mishimoto its expenses, costs, and attorneys' fees in accordance with 35 U.S.C. § 285 and Rule 54(d) of the Federal Rules of Civil Procedure; and

7. Such other further relief as the Court deems just and proper.

Respectfully submitted,

DATED: January 6, 2015

*/s/Michael J. Sullivan*
Michael J. Sullivan
(SBN 264695)
LAW OFFICE OF MICHAEL J. SULLIVAN
111 N. Market St., Suite 300
San Jose, CA 95113
Telephone: (408) 628-8882
Facsimile: (408) 625-1148
E-mail: msullivan@mikesullivanlaw.com

Attorney for Plaintiff
RESOURCE INTL, INC. D/B/A MISHIMOTO

Exhibit 1

US00D717702S

# (12) United States Design Patent
## McCardle et al.

(10) Patent No.: **US D717,702 S**
(45) Date of Patent: ⁎⁎ **Nov. 18, 2014**

(54) **AUTOMOTIVE RADIATOR**

(71) Applicants: **Kevin McCardle**, Philadelphia, PA (US); **Daniel Tafe**, Newark, DE (US)

(72) Inventors: **Kevin McCardle**, Philadelphia, PA (US); **Daniel Tafe**, Newark, DE (US)

(73) Assignee: **Resource Intl, Inc.**, New Castle, DE (US)

(⁎⁎) Term: **14 Years**

(21) Appl. No.: **29/489,258**

(22) Filed: **Apr. 29, 2014**

(51) **LOC (10) Cl.** ................................................ 12-16
(52) **U.S. Cl.**
       USPC ..................................................... **D12/166**
(58) **Field of Classification Search**
       CPC ..... F28F 9/001; F28D 1/05366; F28D 1/0435
       USPC ........... D12/164, 165, 166; 165/67, 140, 148, 165/149; 180/68.4; 228/183
       See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D263,461 S | * | 3/1982 | Young | D12/166 |
| 5,183,103 A | * | 2/1993 | Tokutake | 165/67 |
| 6,899,167 B2 | * | 5/2005 | Martins et al. | 165/140 |
| 7,320,360 B2 | * | 1/2008 | Leitch et al. | 165/149 |
| 7,395,853 B2 | * | 7/2008 | Kroetsch et al. | 165/149 |
| 7,500,514 B2 | * | 3/2009 | Heine | 165/140 |
| 7,637,309 B2 | * | 12/2009 | Contet | 165/67 |
| 7,637,313 B2 | * | 12/2009 | Taniguchi et al. | 165/67 |
| D619,511 S | * | 7/2010 | Sullivan | D12/166 |
| D647,436 S | * | 10/2011 | Sullivan | D12/166 |
| 8,061,410 B2 | * | 11/2011 | Machanek | 165/76 |
| 2002/0056541 A1 | * | 5/2002 | Kokubunji et al. | 165/67 |
| 2010/0059214 A1 | * | 3/2010 | Xu | 165/148 |

OTHER PUBLICATIONS

Mishimoto Automotive. "2008-2010 Ford 6.4L Powerstroke Performance Radiator by Mishimoto . . ." YouTube., Sep. 3, 2013 [online], [retrieved on Sep. 21, 2014]. Retrieved from the Internet <URL: http://www.youtube.com/watch?v=6AyaKA_i0bE>.*

"2011-2014 Ford 6.7L Powerstroke Performance Aluminum Radiator, Part 2: Prototype Design . . ." Mishimoto Engineering., Aug. 29, 2014 [online], [retrieved on Sep. 21, 2014]. Retrieved from the Internet <URL: http://engineering.mishimoto.com/2014/08/2011-2014-ford-6-7l-powerstroke-performance-aluminum-radiator-part-2-prototype-design-evaluation/>.*

* cited by examiner

*Primary Examiner* — Philip S Hyder
*Assistant Examiner* — Darlington Ly
(74) *Attorney, Agent, or Firm* — Michael J. Sullivan

(57) **CLAIM**

The ornamental design for an automotive radiator, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a automotive radiator;
FIG. 2 is a front elevation view of the automotive radiator;
FIG. 3 is a rear elevation view of the automotive radiator;
FIG. 4 is a left side elevation view of the automotive radiator;
FIG. 5 is a right side elevation view of the automotive radiator;
FIG. 6 is a top plan view of the automotive radiator; and,
FIG. 7 is a bottom plan view of the automotive radiator.
The broken lines shown in the drawings illustrate portions of the automotive radiator that forms no part of claimed design.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4　　　FIG. 5



FIG. 6

FIG. 7

Exhibit 2



2008 - 2010 Ford 6.4 Powerstroke Aluminum Radiator - Alradco, LLC

**Customers Who Viewed This Product Also Viewed**

      

| 2008 - 2010 6.4 Ford Powerstroke Intercooler | RMI-25 | 1999 - 2003 7.3 Super Duty Aluminum Radiator |
|---|---|---|
| ~~$1,289.00~~ $1,089.00 | $15.00 | ~~$789.00~~ $689.00 |
| Add To Cart | Add To Cart | Add To Cart |



2003 - 2007 Ford 6.0 Powerstroke Aluminum Radiator

$689.00
Add To Cart

All prices are in USD Copyright 2015 Alradco, LLC. Sitemap |