MICHAEL J. SULLIVAN (SBN 264695)
LAW OFFICE OF MICHAEL J. SULLIVAN
111 N. Market St., Suite 300
San Jose, CA 95113
Telephone: (408) 628-8882
Facsimile: (408) 625-1148
E-mail: msullivan@mikesullivanlaw.com

Attorney for Plaintiff
RESOURCE INTL, INC. D/B/A MISHIMOTO

CHRISTOPHER D. BANYS (230038)
RICHARD C. LIN (209233)
JENNIFER L. GILBERT (255820)
CHRISTOPHER S. LAVIN (301702)
**BANYS, P.C.**
1032 Elwell Court, Suite 100
Palo Alto, CA 94303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202

Attorneys for Defendant,
ALRADCO, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RESOURCE INTL, INC. D/B/A MISHIMOTO, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALRADCO, LLC, a California limited liability company,<br><br>Defendant. | CASE NO. 3:15-CV-00061-LB<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and (c), IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their designated counsel, that the above-captioned action should be dismissed without prejudice as to both Plaintiff and Defendant. Each party shall bear their own attorney's fees, expenses, and costs.

IT IS SO STIPULATED.

DATED: August 18, 2015

| */s/Michael J. Sullivan* | */s/ Christopher D. Banys* |
|---|---|
| Michael J. Sullivan (SBN 264695) | Christopher D. Banys (SBN 230038) |
| LAW OFFICE OF MICHAEL J. SULLIVAN | Richard C. Lin (SBN 209233) |
| 111 N. Market St., Suite 300 | Jennifer L. Gilbert (SBN 255820) |
| San Jose, CA 95113 | Christopher S. Lavin (SBN 301702) |
| Telephone: (408) 628-8882 | cdb@banyspc.com |
| Facsimile: (408) 625-1148 | rcl@banyspc.com |
| E-mail: msullivan@mikesullivanlaw.com | jlg@banyspc.com |
| | csl@banyspc.com |
| | Banys, P.C. |
| | 1032 Elwell Court, Suite 100 |
| | Palo Alto, CA 94303 |
| | Telephone: (650) 308-8505 |
| | Facsimile: (650) 353-2202 |
| | |
| | Attorneys for Defendant, |
| | ALRADCO, LLC |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed without prejudice as against Plaintiff and Defendant pursuant to FRCP 41(a)(1)(A) and (c).
2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: _____        _____
                                Honorable Laurel Beeler
                                United States Magistrate Judge
                                Northern District of California