MICHAEL J. SULLIVAN (SBN 264695)
LAW OFFICE OF MICHAEL J. SULLIVAN
111 N. Market St., Suite 300
San Jose, CA 95113
Telephone: (408) 628-8882
Facsimile: (408) 625-1148
E-mail: msullivan@mikesullivanlaw.com

Attorney for Plaintiff
RESOURCE INTL, INC. D/B/A MISHIMOTO

CHRISTOPHER D. BANYS (230038)
RICHARD C. LIN (209233)
JENNIFER L. GILBERT (255820)
CHRISTOPHER S. LAVIN (301702)
**BANYS, P.C.**
1032 Elwell Court, Suite 100
Palo Alto, CA 94303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202

Attorneys for Defendant,
ALRADCO, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RESOURCE INTL, INC. D/B/A MISHIMOTO, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALRADCO, LLC, a California limited liability company,<br><br>Defendant. | CASE NO. 3:15-CV-00061-LB<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and (c), IT IS HEREBY
2  STIPULATED by and between Plaintiff and Defendant, through their designated counsel, that
3  the above-captioned action should be dismissed without prejudice as to both Plaintiff and
4  Defendant.  Each party shall bear their own attorney's fees, expenses, and costs.
5  IT IS SO STIPULATED.
6
7  DATED: August 18, 2015
8
9  */s/Michael J. Sullivan*  
Michael J. Sullivan (SBN 264695)  
10  LAW OFFICE OF MICHAEL J. SULLIVAN  
111 N. Market St., Suite 300  
11  San Jose, CA 95113  
12  Telephone: (408) 628-8882  
Facsimile: (408) 625-1148  
13  E-mail: msullivan@mikesullivanlaw.com

*/s/ Christopher D. Banys*  
Christopher D. Banys (SBN 230038)  
Richard C. Lin (SBN 209233)  
Jennifer L. Gilbert (SBN 255820)  
Christopher S. Lavin (SBN 301702)  
cdb@banyspc.com  
rcl@banyspc.com  
jlg@banyspc.com  
csl@banyspc.com  
Banys, P.C.  
1032 Elwell Court, Suite 100  
Palo Alto, CA 94303  
Telephone: (650) 308-8505  
Facsimile: (650) 353-2202

Attorneys for Defendant,  
ALRADCO, LLC

JOINT STIPULATION OF DISMISSAL  
AND [P~~ROPOSED~~] ORDER                     2                      CASE NO.: 3:15-CV-00061-LB

1  The Court having considered the stipulation of the parties, and good cause appearing
2  therefor, orders as follows:
3      1. The action is dismissed without prejudice as against Plaintiff and Defendant
4         pursuant to FRCP 41(a)(1)(A) and (c).
5      2. Each party shall bear their own costs and attorneys' fees.

7  IT IS SO ORDERED.

9  DATED: August 19, 2015                              _____
                                                       Honorable Laurel Beeler
                                                       United States Magistrate Judge
                                                       Northern District of California